UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE F. SWARTZ,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFF ROSEN, et al.,<br><br>        Defendants. | Case No. 25-mc-80239-EKL<br><br>**ORDER RETURNING COMPLAINT TO PLAINTIFF**<br><br>Re: Dkt. No. 1 |

Plaintiff Franklin Wright a.k.a. Jesse Swartz seeks to file a complaint in the above-captioned matter. District Judge Claudia Wilken previously entered a pre-filing order regarding the cases filed by Plaintiff. *See* Pre-Filing Order, *Wright v. Stretch*, No. 16-cv-00505 (N.D. Cal. June 13, 2016), ECF No. 27. The pre-filing order states that if Plaintiff seeks to file a complaint that is "related to any of the following subject matters or legal theories:

(1) Violation of some duty owed;

(2) Mention of the Federal Tort Claims Act or attachment of Federal Tort Claims Act 'claim letters';

(3) Other cases previously filed in federal courts;

(4) Requests to compel any defendant to answer questions, perform investigations or evaluate policy proposals;

(5) Obstruction of Plaintiff's legal process or legal research; or

(6) Conspiracies to 'train' Plaintiff,

it will not be filed unless it presents cognizable claims." *Id.*

The Court has reviewed the complaint, which describes, for example, how Plaintiff was allegedly "coerced into listening" to the prosecution's settlement offers, by certain Defendants.

ECF No. 1 at 4; *id.*, Ex. 1 at 2-3.  Because the complaint is related to multiple subject matters and legal theories mentioned in the pre-filing order and presents no cognizable claims, the Clerk of the Court is ordered not to file it.  Instead, the complaint shall be returned to Plaintiff.  No further filing shall be entertained in this miscellaneous case.

**IT IS SO ORDERED.**

Dated:  October 14, 2025

Eumi K. Lee
United States District Judge